UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MOB HOLDINGS, I, LLC, OPTASIA I, LLC, SC 3 PROPERTIES LLC, EJMOB, LLC, HR HOLDINGS, LLC, MOB HOLDINGS II, LLC, 3621 VETERANS, LLC, and 3939 DR1, LLC,** Plaintiffs, <br><br> v. <br><br> **STARR SURPLUS LINES INSURANCE COMPANY,** Defendant. | 24 Civ. 4825 (KPF) <br><br>  |

## *EX PARTE* MOTION FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, comes MOB HOLDINGS, I, LLC, OPTASIA I, LLC, SC 3 PROPERTIES LLC, EJMOB, LLC, HR HOLDINGS, LLC, MOB HOLDINGS II, LLC, 3621 VETERANS, LLC, and 3939 DR1, LLC ("Plaintiffs") who respectfully submit that any and all claims and causes of action asserted in the above-captioned lawsuit against Defendant, Starr Surplus Lines Insurance Company, have been settled and Plaintiffs seek to dismiss the lawsuit with prejudice, each party to bear their own costs.

RESPECTFULLY SUBMITTED:

GAUTHIER MURPHY & HOUGHTALING LLC

/S/ Skye S. Fantaci

_____
SKYE S. FANTACI, La. Bar 28241 (*Pro Hac Vice*)
KEVIN R. SLOAN, La. Bar. 34093. (*Pro Hac Vice*)
LILLIE C. JOYCE, La. Bar 33916 (*Pro Hac Vice*)
3500 N. Hullen Street, Metairie, Louisiana, 70002
Telephone:    (504) 456-8600
Facsimile:     (504) 456-8624
Skye@gmhclaims.com
Attorneys for Plaintiff, MOB Holdings I, LLC, Optasia, I, LLC, SC 3 Properties, LLC, EJMOB, LLC, HR Holdings, LLC, MOB Holdings II, LLC, and 3939 DR1, LLC

Done: 11th day of June, 2025

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 11, 2025, I electronically filed the foregoing EXPARTE MOTION FOR DIMISSAL with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

      /s/ Skye S. Fantaci
      _____
      SKYE S. FANTACI

```
Application GRANTED.  The Clerk of Court is directed to terminate all
pending motions, adjourn all remaining dates, and close this case.

Dated:     June 12, 2025                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE